IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DONALD WAYNE EASTMAN                                PLAINTIFF

VS.                        NO. 1:06-cv-1029

BLUE CROSS OF CALIFORNIA                            DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On this date comes on to be considered by the Court the Stipulation for Dismissal With Prejudice filed herein by Plaintiff and Defendant; after consideration of said Stipulation, the Court doth find:

The parties have settled, compromised, and concluded this cause of action. This cause of action should be dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the above styled and numbered cause of action be, and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED that costs of Court shall be paid by the party incurring the same.

DATED this _14_ day of _Sept._, 2006.

DISTRICT ARK.
FILED
SEP 1 5 2006
CHRIS R. JOHNSON, CLERK

Honorable Harry F. Barnes
U.S. District Judge